JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: Jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUC L. HUYNH AKA DUC HUYNH,<br><br>    Defendant | No. 8: 15-cv-0997<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Duc L. Huynh aka Duc Huynh, in the principal amount of $10,128.04 plus interest accrued to June 22, 2015, in the sum of $10,761.60; with interest accruing thereafter at the daily rate of $2.29 until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$20,889.64**.

DATED: 7/31/15                    By: KIRY GRAY, ACTING CLERK OF COURT
                                  Clerk of the Court

                                  *[signature]*
                                  Deputy Clerk
                                  United States District Court